## DIXON v. STATE.
### No. 24755.

Court of Criminal Appeals of Texas.
May 3, 1950.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed at two years in the penitentiary.

The record is before us without statement of facts or bills of exceptions, but our State's Attorney calls our attention to the fact that no notice of appeal is found in the record. Without notice of appeal this court has no jurisdiction, and the appeal is dismissed.

## HUNDLEY v. STATE.
### No. 24751.

Court of Criminal Appeals of Texas.
May 3, 1950.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was tried for the offense of robbery by assault. He was found guilty by the jury and his punishment assessed at ten years in the penitentiary.

The record contains no statement of facts and no bill of exceptions. All proceedings appear to be regular. Nothing is presented for review.

The judgment of the trial court is affirmed.